**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7138**

DAVID MEYERS,

    Petitioner - Appellant,

        v.

DIRECTOR HAROLD CLARKE,

        Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, District Judge.  (7:18-cv-00435-JPJ-PMS)

Submitted:  April 18, 2019                    Decided:  April 29, 2019

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Meyers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Meyers appeals the district court's order dismissing his petition for a writ of mandamus. We have reviewed the record and find no abuse of discretion. *See Schlagenhauf v. Holder*, 379 U.S. 104, 111 n.8 (1984) (stating that issuance of writ of mandamus is a matter of discretion with the court to which the petition is addressed). Accordingly, we affirm for the reasons stated by the district court. *Meyers v. Clarke*, 7:18-cv-00435-JPJ-PMS (W.D. Va. Sept. 7, 2018). We also deny Meyers' motions to seal the case and for in camera assistance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*